UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

SHELLY JONES and WARREN GREGORY JONES,

                Debtors.
------------------------------------------------------------------X
 SHELLY JONES and WARREN GREGORY JONES,

                Appellants,                23 **CIVIL** 8281 (CS)

      -against-                              **JUDGMENT**

 PENNYMAC LOAN SERVICES, LLC,

                Appellee.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 6, 2024, the Bankruptcy Court's August 21, 2023, Order is affirmed. The docket as set forth in footnote 1 has been corrected and the case is closed.

**Dated:** New York, New York
         November 8, 2024

                                                      **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                            **BY:** _____
                                                        **Deputy Clerk**